# Court of Appeals
# of the State of Georgia

ATLANTA, September 06, 201

*The Court of Appeals hereby passes the following order:*

## A12A1490. GOODWIN ET AL. v. ALLSTATE INSURANCE COMPANY.

After the trial court granted summary judgment to Allstate Insurance Company in this declaratory judgment action, Lesley Goodwin and the other appellants filed a notice of appeal requesting that the clerk of superior court "omit nothing from the record." The appellants directed the superior court clerk to include in the record on appeal "[a]ll pleadings, depositions, discovery, orders and correspondence," and "[a]ll transcripts of evidence and proceedings."

Once the superior court clerk transmitted the appeal to this court, it became clear that the record was incomplete. Indeed, the record did not include even Allstate's declaratory judgment petition. The superior court clerk has informed this court that other documents are also missing from the appellate record. Accordingly, this case is **REMANDED** to the Clayton County Superior Court. When the superior court clerk has completed preparation of the record in accordance with the directives in the notice of appeal, the clerk is directed to transmit the record to this court for re-docketing of the appeal.

We observe that the citations to the record in both the appellants' and the appellee's brief do not correspond to the record transmitted to this court. Once the appeal is re-docketed, the parties shall re-submit their appellate briefs in accordance with this court's rules, including Court of Appeals Rule 25 (a) (1), which directs that "[r]ecord and transcript citations shall be to the volume or part of the record or transcript and the page numbers that appear on the appellate record or transcript as sent from the trial court."



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 09/06/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*